UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cr-00050-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| (1) LARRY MITCHELL SNYDER, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 182).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: May 4, 2020

Frank D. Whitney
Chief United States District Judge