IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL NO. 5:13-CR-00050-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LARRY MITCHELL SNYDER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion[s] for Admission Pro Hac Vice and Affidavit [for Glen A. Kopp, Niketa K. Patel and Whitney A. Suflas]" (documents # 179-181) filed May 1, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney

**SO ORDERED**.

Signed: May 4, 2020

David S. Cayer
United States Magistrate Judge