UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cr-00050-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| (1) LARRY MITCHELL SNYDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* after the filing of the Government's Response in Opposition (Doc. No. 186) to Defendant's Motion for Compassionate Release (Doc. No. 182). Defendant shall have **fourteen (14) days** from the date of this Order to file a Reply brief.

IT IS SO ORDERED.

Signed: May 8, 2020

Frank D. Whitney
Chief United States District Judge

1