UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cr-0050-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (1) LARRY MITCHELL SNYDER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release. (Doc. No. 182). For the reasons set forth below, Defendant's Motion for Compassionate Release (Doc. No. 182) is DISMISSED WITHOUT PREJUDICE.

On May 1, 2020, Defendant filed his Motion for Compassionate Release. (Doc. No. 182). On May 7, 2020, the United States filed its Response in opposition. (Doc. No. 186). Finally, this Court ordered Defendant to file a Reply brief to the United States' Response in opposition by May 22, 2020. (Doc. No. 187). To date, Defendant has failed to file a Reply brief to the United States' Response.

IT IS, THEREFORE, ORDERED Defendant's Motion for Compassionate Release is DISMISSED WITHOUT PREJUDICE. The Court advises Defendant that he may file a motion for reconsideration if he can show excusable neglect for not filing a Reply Brief.

IT IS SO ORDERED.

Signed: October 14, 2020

Frank D. Whitney
United States District Judge